# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRISTOPHER HILL,**

      **Plaintiff,**

**-vs-**                                  **Case No.  6:06-cv-915-Orl-31JGG**

**FLORIDA INDUSTRIAL ELECTRIC, INC.,**

      **Defendant.**

_____

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. 25) and attached their Settlement Agreement.  The Court cannot approve the reasonableness of a settlement agreement which does not contain a breakdown of monies paid to Plaintiff versus fees paid to his counsel.  It is, therefore

**ORDERED** that the parties shall submit such information, along with a motion for approval of their settlement agreement, by January 29, 2007.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 17, 2007.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party