# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRISTOPHER HILL,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-915-Orl-31JGG**

**FLORIDA INDUSTRIAL ELECTRIC, INC.,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court on Joint Motion for Approval of Settlement (Doc. No. 31) filed February 15, 2007.

On February 16, 2007, the United States Magistrate Judge issued a report (Doc. No. 32) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion for Approval of Settlement is GRANTED.

3. This case is DISMISSED with prejudice, and the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 13th day of March, 2007.

Copies furnished to:
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE